**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 19–9532

Generated: 06/11/2025 16:08:17

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 02/10/2020 | 81 Main Document **DOCUMENT COULD NOT BE RETRIEVED!** | | [10716648] Supplemental authority filed by Producers of Renewables United for Integrity, Truth and Transparency. Served on 02/10/2020. Manner of Service: email. [19–9532] SPF |