FILED  
United States Court of Appeals  
Tenth Circuit

February 8, 2022

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| PRODUCERS OF RENEWABLES UNITED FOR INTEGRITY TRUTH AND TRANSPARENCY, <br><br> Petitioner, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. <br><br> ------------------------------ <br><br> HOLLYFRONTIER CHEYENNE REFINING, LLC; HOLLYFRONTIER REFINING & MARKETING, LLC; SINCLAIR CASPER REFINING COMPANY; SINCLAIR WYOMING REFINING COMPANY, <br><br> Intervenors. | No. 19-9532 <br> (EPA No. 8486) <br> (Environmental Protection Administration) |

_____

# ORDER
_____

Before **HARTZ**, **BALDOCK**, and **EID**, Circuit Judges.
.

_____

The court, *sua sponte*, requests that all parties respond to the following

questions, in writing, on or before February 15, 2022:

1. Which information in the Attachment to this order, if any, do you contend is confidential and should be kept out of the public record?

2. For any information in the Attachment to this order that you contend is confidential and should remain non-public, which statutory, regulatory, or other authorities support your contention?

The responses to these questions may be submitted to the court in letter format, and each response should be keyed to each numbered item in the Attachment. If the responses themselves contain information that the party contends is confidential, the responses may be submitted *ex parte* via email to Chris_Wolpert@ca10.uscourts.gov. The responses will be used by the court only to ensure that its opinion in this matter does not inadvertently disclose any confidential information.

Because the information shown in the Attachment is or may be confidential, the court is transmitting said information only to the Environmental Protection Agency, not to the public or any other participant in this appeal.

                                                       Entered for the Court

                                                       CHRISTOPHER M. WOLPERT, Clerk